

# Missouri Court of Appeals
## Southern District

**MAY 22, 2015**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b).

1.  SD33418   DON STEWART, et al., Respondent
    vs.
    SPOKANE R-VII SCHOOL DISTRICT, Appellant